[Cite as *02/06/2003 Case Announcements*, 2003-Ohio-541.]

## CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS

*February 6, 2003*

## MISCELLANEOUS DISMISSALS

**2002–2164. Renwand v. Brush Wellman, Inc.**
Cuyahoga App. No. 80843, 2002-Ohio-5849. This cause is pending before the court as a discretionary appeal. Upon consideration of appellant's application for dismissal,
 IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted.
 ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

**2002–2171. State ex rel. Moore v. Cartolano.**
Hamilton App. No. C–020597. This cause is pending before the court as an appeal from the Court of Appeals for Hamilton County. Upon consideration of appellant's application for dismissal,
 IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted.
 ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

[Cite as *02/07/2003 Case Announcements*, 2003-Ohio-565.]

## CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS

*February 7, 2003*

## DISCIPLINARY CASES

**1999–1576. Cleveland Bar Association v. Briggs.**
On May 24, 2000, this court suspended respondent, Beverly M. Briggs, for one year, with the entire year stayed, and placed her on monitored probation during the stayed suspension. On December 18, 2002, respondent applied for termination of probation. Upon consideration thereof, the court finds that respondent has substantially complied with Gov.Bar R. V(9)(D), and with its order dated May 24, 2000.
 THEREFORE, IT IS ORDERED by the court that the probation of respondent, Beverly M. Briggs, Attorney Registration No. 0022754, last known business address in Garfield Heights, Ohio, be, and hereby is, terminated.
 IT IS FURTHER ORDERED that the Clerk of this court issue certified copies of this order as provided for in Gov.Bar R. V(8)(D)(1), that publication be made as provided for in Gov.Bar R. V(8)(D)(2), and that respondent bear the costs of publication.
 For earlier case, see *Cleveland Bar Assn. v. Briggs* (2000), 89 Ohio St.3d 74, 728 N.E.2d 1049.

## MEDIATION REFERRALS

The following cases have been referred to mediation pursuant to S.Ct.Prac.R. XIV(6):

**2003–0159. State ex rel. Bledsoe v. Marion Steel Co.**
Franklin App. No. 02AP–193, 2002-Ohio-6835.